# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sunday L. Messina, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-11-1498-PHX-HRH |
| | ) | |
| v. | ) | |
| | ) | |
| Aetna Health, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the Plaintiff and against Defendant Aetna Health Inc., in the amount of $303,140.

JUDGMENT ENTERED this 17th day of January, 2013.

BRIAN D. KARTH
District Court Executive/Clerk

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)